IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANH VAN NGUYEN,<br><br>    Plaintiff,<br><br>  vs.<br><br>D. K. SISTO, et al.,<br><br>    Defendant(s). | No. C 09-00718 JW (PR)<br><br>ORDER OF DISMISSAL |

Per order filed on July 13, 2009, the Court dismissed plaintiff's pro se prisoner civil rights complaint with leave to amend within thirty days, and advised plaintiff that failure to file a proper amended complaint within the designated time would result in the dismissal of this action. (Docket No. 7 at 3.)

More than thirty days have elapsed. However, plaintiff has not filed an amended complaint or sought an extension of time to do so. Accordingly, this action is DISMISSED.

The clerk shall close the file.

DATED: September 3, 2009

/s/ James Ware
JAMES WARE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JW\CR.09\Nguyen00718_dismissal.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHANH NGUYEN,

        Plaintiff,

  v.

D.K. SISTO, et al.,

        Defendants.

Case Number: CV09-00718 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/11/2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Chanh Van Nguyen V-07324
CSP Solano State Prison
P. O. Box 4000
Vacaville, Ca 95696-4000

Dated: 9/11/2009

                                    Richard W. Wieking, Clerk
                                 /s/ By: Elizabeth Garcia, Deputy Clerk